# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>BREEN, J. DANIEL | 2. Court or Organization<br><br>WESTERN DISTRICT OF TENNESSEE | 3. Date of Report<br><br>05/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>CHIEF U.S. DISTRICT JUDGE/ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

7. Chambers or Office Address

444 UNITED STATES COURTHOUSE
111 SOUTH HIGHLAND AVENUE
JACKSON, TN 38301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 11/13/2015 | Nashville, TN | Meeting | travel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **BREEN, J. DANIEL** | 05/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bancourp South | A | Interest | K | T | | | | | |
| 2. IRA - Fidelity Mag. | B | Dividend | J | T | Sold (part) | 09/30/15 | J | A | |
| 3. CMA ACCT. - MERRILL LYNCH | | | | | | | | | |
| 4. Idacorp, Inc. | A | Dividend | J | T | | | | | |
| 5. Proctor & Gamble CS | A | Dividend | K | T | | | | | |
| 6. AT&T CS | A | Dividend | J | T | | | | | |
| 7. Coca-Cola CS | A | Dividend | J | T | | | | | |
| 8. E.I. Dupont CS | A | Dividend | J | T | | | | | |
| 9. Johnson & Johnson CS | A | Dividend | J | T | | | | | |
| 10. Waddell & Reed Acct | | | | | | | | | |
| 11. Waddell & Reed Strategy Port | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 12. | | | | | Sold (part) | 07/08/15 | J | A | |
| 13. Waddell & Reed Balanced Port | A | Dividend | J | T | Sold (part) | 03/16/15 | J | A | |
| 14. Waddell & Reed Bond Port | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 15. | | | | | Sold (part) | 03/16/15 | J | A | |
| 16. | | | | | Sold (part) | 07/08/15 | J | A | |
| 17. Waddell & Reed Core Equity | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Waddell & Reed Core Equity | A | Dividend | J | T | Sold (part) | 03/16/15 | J | A | |
| 19. | | | | | Sold (part) | 07/08/15 | J | A | |
| 20. Waddell & Reed Growth Port | A | Dividend | J | T | | | | | |
| 21. Waddell & Reed High Income Port | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 22. | | | | | Sold (part) | 03/16/15 | J | A | |
| 23. | | | | | Sold (part) | 07/08/15 | J | A | |
| 24. Waddell & Reed Science & Tech Port | A | Dividend | J | T | Sold (part) | 01/20/15 | J | A | |
| 25. | | | | | Sold (part) | 07/08/15 | J | A | |
| 26. Waddell & Reed Small Cap Growth Port | A | Dividend | J | T | | | | | |
| 27. Waddell & Reed Trgt. Fd. Intl. Growth Port | A | Dividend | J | T | | | | | |
| 28. Waddell & Reed Value Port | A | Dividend | J | T | | | | | |
| 29. Waddell & Reed Global Ntrl. Res. Port | A | Dividend | J | T | | | | | |
| 30. Waddell & Reed Mid Cap Gwth Port | A | Dividend | J | T | | | | | |
| 31. Waddell & Reed Target Microcap Gwth | A | Dividend | J | T | | | | | |
| 32. Waddell & Reed Target Energy Port | A | Dividend | J | T | | | | | |
| 33. VOYA Acct. | | | | | | | | | |
| 34. VOYA Gwth and Inc. Portfolio | A | Dividend | J | T | | | | | See Part VIII(a) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Contrafund | A | Dividend | | | Sold | 08/15/15 | J | A | |
| 36. VOYA Large Cap Gwth Portfolio | A | Dividend | J | T | Buy | 08/15/15 | J | A | |
| 37. VOYA FMR SM Diversified Midcap | A | Dividend | J | T | | | | | |
| 38. VOYA JP Morgan Smapp Cap Core Eq. Port | A | Dividend | J | T | | | | | |
| 39. VOYA Am. Fds. Int'l Port | A | Dividend | J | T | | | | | |
| 40. IRA ACCOUNT - MERRILL LYNCH | | | | | | | | | |
| 41. Ivy Asset Strategy Fd. | A | Dividend | J | T | | | | | |
| 42. J.P. Morgan Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 43. Dreyfus App. Fd. | A | Dividend | J | T | | | | | |
| 44. Eaton Vance Floating Rate Fd. | A | Dividend | J | T | | | | | |
| 45. Coca Cola - CS | A | Dividend | J | T | | | | | |
| 46. Exxon Mobil - CS | A | Dividend | J | T | | | | | |
| 47. General Electric - CS | A | Dividend | J | T | | | | | |
| 48. Mainstay Large Cap Growth Fd. | A | Dividend | J | T | | | | | |
| 49. Mainstay Marketfield Fd. | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 50. Johnson & Johnson - CS | A | Dividend | J | T | | | | | |
| 51. McDonalds - CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oakmark Select Fd. | A | Dividend | J | T | | | | | |
| 53. Oppenheimer Int'l Growth Fd. | A | Dividend | J | T | | | | | |
| 54. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 55. Pioneer Strategic Inc. Fd. | A | Dividend | J | T | | | | | |
| 56. Pimco Foreign Bd Fd. | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 57. Prudential Short Term Corp. Fd. | A | Dividend | J | T | | | | | |
| 58. Pimco Income Fd. | A | Dividend | J | T | Buy | 04/10/15 | J | | |
| 59. TCW Total Returns Bd. Fd. | A | Dividend | | | Sold | 01/07/15 | J | A | |
| 60. Wal-Mart Stores - CS | A | Dividend | J | T | | | | | |
| 61. Wells Fargo Adv. Small Cap Fd. | A | Dividend | | | Sold | 04/10/15 | J | A | |
| 62. Western Asset Core Plus Bd Fd. | A | Dividend | | | Sold | 04/10/15 | K | A | |
| 63. IRA - MERRILL LYNCH | | | | | | | | | |
| 64. Clearbridge Agg. Gwth Fd. | A | Dividend | J | T | | | | | |
| 65. Consumer Discretionary SPDR | A | Dividend | J | T | | | | | |
| 66. Deleware Value Fd. | A | Dividend | J | T | | | | | |
| 67. Federated Int'l Leaders Fd. | A | Dividend | J | T | | | | | |
| 68. iShares TIPS | A | Dividend | J | T | Buy | 01/07/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Hotchkis and Wiley Mid Cap | A | Dividend | J | T | | | | | |
| 70. iShares 3-7 yr Treas. Bd | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 71. TCW Total Return Bd. Fd. | B | Dividend | | | Sold | 01/07/15 | K | A | |
| 72. iShares MBS ETF | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 73. Health Care Select SPDR | A | Dividend | J | T | | | | | |
| 74. Market Vectors J.P. | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 75. First Tr. Exchange Traded Fd. | A | Dividend | J | T | | | | | |
| 76. Materials Select Sector | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 77. First Tr. ISE Cloud Comp | A | Dividend | J | T | | | | | |
| 78. Powershares Global | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 79. First Eagle Global | A | Dividend | J | T | | | | | |
| 80. Powershares Preferred Portfolio | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 81. iShares Russell 1000 Gwth | A | Dividend | J | T | | | | | |
| 82. Sector SPDR Consumers STPL | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 83. iShares NASDAQ Biotech | A | Dividend | J | T | | | | | |
| 84. Sector SPDR Energy | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 85. iShares Russell Midcap | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. iShares 1BOXX | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 87. Oakmark Select Fd. | A | Dividend | | | Sold | 01/07/15 | K | A | |
| 88. Sector SPDR Industrial | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 89. iShares MSCI EAFE | A | Dividend | J | T | | | | | |
| 90. Sector SPDR Utilities | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 91. iShares RS 2000 Value | A | Dividend | J | T | | | | | |
| 92. SPDR Barclays HiYield Bd | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 93. iShares RS 2000 Gwth | A | Dividend | J | T | | | | | |
| 94. iShares Russell 1000 Value | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 95. Loomis Sayles Strategic Inc. | A | Dividend | K | T | | | | | |
| 96. Nuveen Real Estate Fd. | A | Dividend | J | T | | | | | |
| 97. Sector SPDR Financial | A | Dividend | J | T | | | | | |
| 98. T. Rowe Price Diversified Sm Cap | A | Dividend | J | T | | | | | |
| 99. Templeton Glbl. Bond Fd. | A | Dividend | K | T | | | | | |
| 100. Oakmark Int'l. Fd. | A | Dividend | J | T | | | | | |
| 101. Permanent Portfolio Fd. | A | Dividend | J | T | | | | | |
| 102. Vanguard Consumer Staples | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Vanguard Financials ETF | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 104. Vanguard Materials ETF | A | Dividend | J | T | | | | | |
| 105. Vanguard Telecom SRVCS ETF | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 106. Vanguard Info. Tech. | A | Dividend | J | T | | | | | |
| 107. Vanguard Intermediate Bd ETF | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 108. Vanguard Energy ETF | A | Dividend | J | T | | | | | |
| 109. Vanguard Short Term Bd | A | Dividend | J | T | Buy | 01/07/15 | J | | |
| 110. Merrill Lynch Money Market Fd. | A | Interest | L | T | | | | | |
| 111. Vanguard Indust. ETF | A | Dividend | J | T | | | | | |
| 112. Vanguard MSCI Emerg. Mkts. | A | Dividend | J | T | | | | | |
| 113. Merrill Lynch Retirement Reserves | A | Interest | J | T | | | | | |
| 114. VOYA Corp. Leaders Fd. | A | Dividend | J | T | | | | | See Port VIII(b) |
| 115. Prudential Short Term Bd. Fd. | A | Dividend | J | T | | | | | |
| 116. Metropolitan West Total Ret. | A | Dividend | | | Sold | 04/10/15 | J | A | |
| 117. Procter & Gamble CS | A | Dividend | J | T | | | | | |
| 118. Waddell & Reed Advisors Small Cap | A | Dividend | J | T | | | | | |
| 119. Waddell & Reed Accumulative | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Waddell & Reed Core Investment | A | Dividend | J | T | | | | | |
| 121. Waddell & Reed Advisors Cash Management | A | Dividend | J | T | | | | | |
| 122. BanCorp South CD | A | Interest | J | T | | | | | |
| 123. Ivy VIP Asset Strategy | A | Dividend | K | T | | | | | |
| 124. Ivy VIP Balanced Fd. | A | Dividend | J | T | | | | | |
| 125. Ivy Energy Fd. | A | Dividend | J | T | | | | | |
| 126. Ivy Global Nat'l Res. Fd. | A | Dividend | K | T | | | | | |
| 127. Ivy Intl Grwth Fd. | A | Dividend | J | T | | | | | |
| 128. Ivy Sci NC Tech Fd. | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BREEN, J. DANIEL | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(a)  During 2015, Ing Financial became VOYA Financial.  Therefore, each of the funds listed in lines 33 through 39 are now VOYA Funds.

(b)  I mistakenly listed VOYA Corporate Leaders Fd as Vanguard Corp. Leaders Fund in my 2014 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ J. DANIEL BREEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544